IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL N. CARPINO,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>        Defendant. | 8:23CV22<br><br>ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

This case is before the Court on the Stipulation for Dismissal with Prejudice. Filing 25. The parties advise the Court that this lawsuit has been settled, so they jointly request that this lawsuit be dismissed with prejudice, with each party to pay its own costs, and with complete record waived. The Stipulation is signed by counsel for both parties. Accordingly,

IT IS ORDERED that the Stipulation for Dismissal with Prejudice, Filing 25, is granted, and this case is dismissed in its entirety with prejudice, with each party to pay its own costs, and with complete record waived.

Dated this 15th day of September, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge